IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  CASE NO.: 20-

LOWERY D. LOCKARD  CHAPTER 7

      Debtor(s)  JUDGE ALAN M. KOSCHIK

STATEMENT CONCERNING
PAYROLL ADVICES DUE
PURSUANT TO
11USC§521(a)(1)(B)(iv)

---

I, _____Lowery D. Lockard_____ , under penalty of perjury, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the within Petition from any employer because:

____ I am receiving Social Security and pension payments which represent my only source of income.

__X__ I was not employed within 60 days immediately preceding the filing of my petition.

____ I was employed within 60 days immediately preceding the filing of my petition, but I did not receive any payment advices or other evidence of payment from my employer within that time period.

____ I am self-employed and do not receive any evidence of payment from any employer.

DATE: 09/17/2020      /s/ Lowery D. Lockard
                                                                Lowery D. Lockard, DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing STATEMENT CONCERNING PAY ADVICES was delivered electronically via the Court's ECF system on September 18, 2020 to the following:

U.S. Trustee

                                                                /s/ Peter G. Tsarnas
                                                                PETER G. TSARNAS, #0076934
                                                                Attorney for Debtor