Certificate Number: 05781-OHN-DE-035089996

Bankruptcy Case Number: 20-51751


05781-OHN-DE-035089996

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 15, 2020</u>, at <u>11:59</u> o'clock <u>PM PST</u>, <u>Lowery Lockard</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Ohio</u>.

Date: <u>November 15, 2020</u>    By: <u>/s/Allison M Geving</u>

   Name: <u>Allison M Geving</u>

   Title: <u>President</u>