IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-51751 |
| | ) | |
| LOWERY D. LOCKARD | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | HON. ALAN M. KOSCHIK |
| | ) | |
| | ) | DEBTOR'S STATEMENT IN |
| | ) | SUPPORT OF REAFFIRMATION |
| | ) | AGREEMENT |

Now comes the Debtor Lowery D. Lockard, by and through counsel, and hereby states the following in support of the Reaffirmation Agreement between the Debtor and OneMain Financial Group, LLC which was filed on December 16, 2020 (Doc. 12). In support of this reaffirmation agreement, the Debtor states that she is now attending college and will be using monies received from student loans and stipends to pay for not only her housing expenses but also this $100 per month vehicle payment. The vehicle is required in order to travel to and from school. In addition, the Debtor's 18-year-old son is also now working and will be assisting with the payment of household expenses.

WHEREFORE, Debtor Lowery D. Lockard respectfully requests that the above referenced reaffirmation agreement entered into with OneMain Financial Group, LLC be approved by this Court.

Dated: December 17, 2020   Respectfully submitted,

/s/ Peter G. Tsarnas
Peter G. Tsarnas, #0076934
Gertz & Rosen, Ltd.
Attorney for Debtor
11 South Forge Street
Akron, Ohio 44304
(330) 255-0735 - Telephone
(330) 932-2367 – Fax
ptsarnas@gertzrosen.com

# CERTIFICATE OF SERVICE

I certify that on December 17, 2020, a true and correct copy of the Debtor's Statement in Support of Reaffirmation Agreement was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Melissa M. Macejko, Esq. (akrontr@suharlaw.com)
    *Chapter 7 Trustee*

    US Trustee's Office

And by regular U.S. mail, postage paid, on:

    Lowery D. Lockard
    1764 10th Street
    Cuyahoga Falls, OH 44221
    *Debtor*

    OneMain Financial
    P.O. Box 3251
    Evansville, TN 47731

                                        /s/ Peter G. Tsarnas
                                        Peter G. Tsarnas, #0076934