United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 20-51751-amk
Lowery D. Lockard  Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-5  User: admin  Page 1 of 3
Date Rcvd: Jan 19, 2021  Form ID: 318  Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lowery D. Lockard, 1764 10th Street, Cuyahoga Falls, OH 44221-4512 |
| 26709642 | | Blaze Mastercard, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 26709643 | | Capital One, PO Box 9600, Carol Stream, IL 60128-1960 |
| 26709647 | + | FBCS Inc., 330 S. Warminster Road #353, Hatboro, PA 19040-3433 |
| 26709651 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, First Savings Credit Card, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 26709648 | | First National Bank, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 26709649 | + | First Portfolio Ventures I, LLC, 3091 Governors Lake Dr. #300, Norcross, GA 30071-1133 |
| 26709652 | + | Gameday Sportswear, 941 West Nimisila Rd., Akron, OH 44319-4624 |
| 26709653 | | General Revenue Corp., 4660 Duke Drive #300, Mason, OH 45040-8466 |
| 26709655 | + | Great Lakes Higher Education, P.O. Box 7860, Madison, WI 53707-7860 |
| 26709656 | | Halsted Finacial Services, LLC, PO Box 828, Skokie, IL 60076-0828 |
| 26709657 | | Javitch Block, 1100 Superior Ave., 19th Fl, Cleveland, OH 44114-2521 |
| 26709659 | + | Kimberly A. Klemenok, Esq., PO Box 30968, Cleveland, OH 44130-0914 |
| 26709664 | + | Midland Credit Management, Inc., 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 26709665 | | Milestone, PO Box 4077, Beaverton, OR 97076 |
| 26709672 | + | Trident University International, 5757 Plaza Drive #100, Cypress, CA 90630-5053 |
| 26709673 | + | US Department of Educaiton, P.O. Box 7860, Madison, WI 53707-7860 |
| 26709674 | | Verve, PO Box 6812, Carol Stream, IL 60197-6812 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Jan 19 2021 23:21:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| cr | | EDI: AGFINANCE.COM | Jan 20 2021 03:48:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 26715088 | | EDI: BECKLEE.COM | Jan 20 2021 03:48:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 26709645 | | EDI: WFNNB.COM | Jan 20 2021 03:48:00 | Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |
| 26709646 | + | Email/Text: clientservices@credit-control.com | Jan 19 2021 23:22:00 | Credit Control, 5757 Phantom Drive Suite 330, Hazelwood, MO 63042-2429 |
| 26709650 | + | EDI: AMINFOFP.COM | Jan 20 2021 03:48:00 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 26709654 | + | EDI: PHINGENESIS | Jan 20 2021 03:48:00 | Genesis BC, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 26709658 | | EDI: JPMORGANCHASE | Jan 20 2021 03:48:00 | JP Morgan Chase, P.O. Box 24696, Columbus, OH 43224 |
| 26709644 | | EDI: JPMORGANCHASE | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 20 2021 03:48:00 | Chase Bank, P.O. Box 15123, Wilmington, DE 19850 |
| 26709660 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 19 2021 23:20:00 | Kohls, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 26709661 | + | EDI: LTDFINANCIAL.COM | Jan 20 2021 03:48:00 | LTD Financial Svcs, 7322 Southwest Freeway, #1600, Houston, TX 77074-2134 |
| 26709662 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2021 23:30:59 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 26709663 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 19 2021 23:30:24 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 26709666 | + | EDI: AGFINANCE.COM | Jan 20 2021 03:48:00 | One Main Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 26709667 | | EDI: AGFINANCE.COM | Jan 20 2021 03:48:00 | One Main Financial, 911 Graham Road #42, Cuyahoga Falls, OH 44221-1161 |
| 26710348 | + | EDI: PRA.COM | Jan 20 2021 03:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 26709668 | + | EDI: RMSC.COM | Jan 20 2021 03:48:00 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 26709669 | | Email/Text: bk@rgsfinancial.com | Jan 19 2021 23:20:00 | RGS Financial, PO Box 852039, Richardson, TX 75085-2039 |
| 26709670 | + | EDI: RMSC.COM | Jan 20 2021 03:48:00 | Synchrony Bank / Paypal Extras MC, PO Box 965005, Orlando, FL 32896-5005 |
| 26709671 | | EDI: WTRRNBANK.COM | Jan 20 2021 03:48:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 26709675 | | EDI: RMSC.COM | Jan 20 2021 03:48:00 | Walmart / Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2021　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Melissa M. Macejko | akrontr@suharlaw.com mmm@trustesolutions.net;scampbell@suharlaw.com |
| Peter G. Tsarnas | on behalf of Debtor Lowery D. Lockard ptsarnas@gertzrosen.com tsarnasp@hotmail.com;dmichna@gertzrosen.com;tsarnas.peterr102582@notify.bestcase.com |

TOTAL: 2

| | | |
|---|---|---|
| Debtor 1 | **Lowery D. Lockard** | Social Security number or ITIN  xxx–xx–2076 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Ohio**

Case number:   **20–51751–amk**

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lowery D. Lockard
fdba Fine Productions, Inc

<u>1/19/21</u>                                                 **By the court:**   <u>ALAN M. KOSCHIK</u>
                                                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**