**Case No. 20−51751−amk**

**In re:**
Lowery D. Lockard
**Aka** − Fine Productions, Inc
1764 10th Street
Cuyahoga Falls, OH 44221

**Social Security No.:**
xxx−xx−2076

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Melissa M. Macejko is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** January 26, 2021    **BY THE COURT**
Form ohnb136a    /s/ Alan M. Koschik
United States Bankruptcy Judge